Marc X. Carlos
California State Bar No. 132987
**BARDSLEY & CARLOS L.L.P.**
424 "F" Street, Suite A
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415

Attorneys for Defendant
JORGE LUIS APALATEGUI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS APALATEGUI,<br><br>Defendant. | CASE NO.: 07CR3356-L<br><br>DATE: JANUARY 22, 2008<br>TIME: 2:00 P.M.<br><br>**NOTICE OF MOTION AND MOTIONS:**<br><br>1. TO COMPEL DISCOVERY;<br>2. LEAVE TO FILE ADDITIONAL MOTIONS. |

TO: **KAREN P. HEWITT, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as counsel may be heard, the defendant, JORGE LUIS APALATEGUI, through his attorney Marc X. Carlos, will bring the below listed motions.

///

///

///

///

///

///

**MOTIONS**

The defendant, JORGE LUIS APALATEGUI, through his counsel, Marc X. Carlos, hereby moves this Court to:

1) COMPEL DISCOVERY;

2) GRANT LEAVE TO FILE ADDITIONAL MOTIONS.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and the memorandum of points and authorities, the records in the above-entitled cause, and any and all further matters that may be brought to the Court's attention in the hearing on these motions.

Respectfully submitted,

Dated: January 15, 2008

s/ Marc X. Carlos
Marc X. Carlos
Attorney for Defendant
JORGE LUIS APALATEGUI