# CERTIFICATE OF SERVICE

**U.S. v. JORGE LUIS APALATEGUI**
**Case No. 07CR3356-L**

Counsel for Defendant JORGE LUIS APALATEGUI hereby certifies that on this date copies of the Defendant's Notice of Motions and Motions to Compel Discovery and Leave to File Additional Motions were served electronically upon the following attorney:

AUSA, Stewart M. Young

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos