KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228

Attorneys for Plaintiff
United States of America

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS APALATEGUI (D1),<br>Defendant. | Criminal Case No. 07-CR-3356-L<br><br>DECLARATION OF JORGE LUIS APALATEGUI (D1) EXONERATING LILIANA MAGALLANES-HIGUERA (D2) |

DECLARATION

I, Jorge Luis Apalategui, hereby declare as follows:

1. On or about December 4, 2007, I knowingly and intentionally was the driver of 2005 Chevrolet Silverado bearing California license plate number 8H66154 (the "vehicle"), which was driven from Mexico into the United States through the Calexico East, California, Port of Entry (Calexico East POE).

2. At the time the vehicle described above entered the United States through the Calexico East POE, concealed within the vehicle was approximately 82.62 kilograms/ 181.76 pounds of marijuana, a Schedule I controlled substance.

3. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the Calexico East POE, I knew that the vehicle contained

approximately 82.62 kilograms/ 181.76 pounds of marijuana, or some other prohibited drug.

4. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the Calexico East POE, Liliana Magallanes-Higuera (D2) was a passenger in the vehicle. She had no knowledge of the marijuana or any other prohibited drugs concealed within the vehicle.

5. I have informed the Government that I will plead guilty to one count of the Indictment charging me with knowingly and intentionally importing 50 kilograms and more; to wit, approximately 82.62 kilograms/ 181.76 pounds of marijuana, a Schedule I controlled substance, into the United States from a place outside thereof, on or about December 4, 2007, within the Southern District of California, in violation of 21 U.S.C. §§ 952 and 960.

6. If I do not plead guilty to the charge set forth above, for any reason, or thereafter withdraw my guilty plea to that charge, I agree that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal, or collateral attack, that the stipulated facts set forth in paragraphs 1-5 shall be admitted as substantive evidence.

7. By signing this declaration, I certify that I have read it (or that it has been read to me in my native language) and that I have discussed the terms of this declaration with defense counsel and fully understand its meaning and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/25/08

JORGE LUIS APALATEGUI