Marc X. Carlos
BARDSLEY & CARLOS, LLP
California SBN 132987
424 "F" Street, Suite A
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415

Attorneys for Defendant
JORGE LUIS APALATEGUI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS APALATEGUI,<br>Defendant. | CASE NO. 07CR3356-L<br><br>**JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Stewart M. Young, Assistant United States Attorney, and defendant JORGE LUIS APALATEGUI, by and through his counsel, Marc X. Carlos, that the sentencing hearing for the above-named defendant currently scheduled for June 16, 2008 at 8:30 a.m. be continued to August 18, 2008 at 8:30 a.m.

The continuance is requested because counsel was in trial in San Diego Superior Courthouse, People v. Steve Castaneda, (Case No. SCD 193845). That case became final on May 2, 2008. In addition, I was engaged in trial in the case of United States v. Karla Palacio-Sepulveda, (Case No. 07CR3394), which began April 29, 2008 and concluded April 30, 2008. The jury deliberated until May 1, 2008. Additional time is needed in order to properly prepare documents for sentencing. Assistant United States Attorney Stewart M. Young has been notified of instant request and does not object.

IT IS SO STIPULATED AND AGREED.

Date: 05/09/2008

S/Marc X. Carlos
MARC X. CARLOS
Attorney for
JOSE LUIS APALATEGUI

Date: 05/09/2008

S/Stewart M. Young
STEWART M. YOUNG
Assistant U.S. Attorney