## CERTIFICATE OF SERVICE

**U.S. v. Jorge Luis Apalategui**
**Case No. 07CR3356-L**

Counsel for Defendant Jorge Luis Apalategui hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Sentencing Hearing were served electronically upon the following attorneys:

AUSA, Stewart M. Young

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 12, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos