**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JORGE LUIS APALATEGUI,<br>Defendants. | CASE NO. 07CR3356-L<br><br>**ORDER** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant JORGE LUIS APALATEGUI's sentencing hearing currently scheduled for June 16, 2008 at 8:30 a.m. be continued to August 18, 2008 at 8:30 a.m..

IT IS SO ORDERED.

DATED: May 14, 2008

M. James Lorenz
United States District Court Judge